# Michael M. Baden, M.D.

15 West 53rd Street, Suite 18
New York, New York 10019

Telephone: (212) 397-2732                                                                 Facsimile: (212) 397-2754

13 October 2009

*Via e-mail:* e.walsh@fiegerlaw.com

Rebecca Walsh, Esq.
Fieger, Fieger, Kenney, Johnson & Giroux
19390 West Ten Mile Road
Southfield, Michigan 48075-2463

    *Re:*    *William Ryan Smith, deceased*

Dear Attorney Walsh:

The autopsy findings showed that William Smith's organs were entirely normal for his age and that he would have had a normal life expectancy if he had not died as he did.

Examination of the Michigan State Police Latent Print Unit report shows that multiple prints were present on the plastic gun and none matched Mr. Smith's prints.

    Yours very truly,

    *[signature: Michael M. Baden]*

    Michael M. Baden, M.D.

MMB:ph